

# NUMBER 13-13-00345-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                 Appellant,

## v.

MICHAEL CLACK,                                                    Appellee.

## On Appeal from the 28th District Court
## of Nueces County, Texas.

# ORDER

## Before Chief Justice Valdez and Justices Perkes and Longoria
## Order Per Curiam

This cause is before the Court on appellee's unopposed motion to lift stay. On July 16, 2013, the Court granted the State's motion for stay and ordered the trial court's proceeding stayed pending disposition of the State's appeal. *See* TEX. CODE CRIM PROC. ANN. § 44.01 (a)(5), (e) (West, Westlaw through 2013). On September 11, 2014, the Court issued an opinion affirming the trial court's order granting appellant's motion to

suppress. On, September 19, 2014, the State filed a petition for discretionary review with the Court of Criminal Appeals.

The Court, having examined and fully considered the unopposed motion to lift stay, is of the opinion that said motion should be granted. The motion to lift stay is GRANTED for the limited purpose of requesting a bond pending disposition of the State's petition for discretionary review in the Court of Criminal Appeals.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of September, 2014.